# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0773
Lower Tribunal No. F00-11889B

_____

**Carlos Cordero,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Carlos Cordero, in proper person.

James Uthmeier, Attorney General, Kayla Heather McNab and Richard L. Polin, Assistant Attorneys General, for appellee.

Before EMAS, FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed.  See State v. Yanes-Blanco, 401 So. 3d 592, 600 (Fla. 5th DCA 2025) (Boatwright, J., concurring) ("In adhering to the interpretation by the Florida courts of the applicable law in this state, we are mindful of the rule that state courts, in construing and interpreting state law, are not bound by the decisions of federal courts.") (citation omitted); § 775.084(1)(d)(1)(a), (g), Fla. Stat. (2024) (defining "violent career criminal" as someone who "has previously been convicted as an adult three or more times for an offense in this state or other qualified offense" such as "[a]ny forcible felony" under section 776.08 or "[a] felony violation of chapter 790 involving the use or possession of a firearm"); § 776.08, Fla. Stat. (2024) (including burglary as a forcible felony); William v. State, 348 So. 3d 1159, 1159 (Fla. 4th DCA 2022) ("Because Williams' motion failed to demonstrate that the alleged sentencing error is apparent from the face of the record, we affirm.").